```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff;<br><br>　vs.<br><br>Yoon Yuh, II, et al,<br><br>　　　　Defendants. | Case No. **2:12-cv-00879-LKK-GGH**<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>**Dismissal of Defendants Yoon Yuh, II; Wagdia Yafai; Shamco Investments With Prejudice**<br><br>Case to Remain Open with Remaining Defendants |

　　　IT IS SO ORDERED THAT Defendants, Yoon Yuh, II; Wagdia Yafai; Shamco Investments are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1). This case is to remain open with remaining Defendants.

Date:   June 25, 2012.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-879-LKK-GGH- 1